Law Offices of
# Weiss & Rosenbloom, P
27 Union Square West, Suite 307, New York, NY
Tel. (212) 366-6100 • Fax (212) 366-6254

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2019

Amy Rosenbloom
Barry D. Weiss

Andrea R. Krugman
Theodore Rothman
Max A. Wolfson

Of Counsel
Scott R. Housenbold
David B. Satisky

June 25, 2019

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

Re: Jessica Mirshak v. City of New York et al
Docket no: 18CV374

Dear Judge Torres:

We are the attorneys for the above-named plaintiff. Pursuant to the Court's Order of June 13, 2019 [ECF No. 64], and on behalf of all parties, we submit this joint status letter.

This matter is scheduled for a settlement conference before Magistrate Judge Kevin N. Fox on September 17, 2019 at 2:30 p.m. [See ECF No. 67]. This is Magistrate Judge Fox's earliest available date.

In light of the foregoing, we request that the expert discovery deadline, which had been extended to September 13, 2019 by the June 13, 2019 Order, be further extended to November 15, 2019.

There have been no further settlement discussions since the parties' joint status letter of June 11, 2019.

Respectfully submitted,

Amy Rosenbloom
AR:6952

**GRANTED.** The deadline to complete expert discovery is EXTENDED to **November 15, 2019**. The case management conference scheduled for July 8, 2019 is ADJOURNED to **September 25, 2019**, at **11:00 a.m.** By **September 18, 2019**, the parties shall file a joint status letter. *See* ECF No. 38 ¶ 16.

**SO ORDERED.**

Dated: June 25, 2019
New York, New York

ANALISA TORRES
United States District Judge